**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 17, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00932-CV

## IN THE INTEREST OF D.J.H., A Child

**On Appeal from the County Court
Austin County, Texas
Trial Court Cause No. 2013L-5811**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed September 1, 2015. On November 10, 2015, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Donovan